Certificate Number: 14912-CAC-DE-037672922

Bankruptcy Case Number: 23-10933



14912-CAC-DE-037672922

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 13, 2023</u>, at <u>4:08</u> o'clock <u>PM EDT</u>, <u>Antonija Stefek</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  August 13, 2023                    By:    /s/Jai Bhatt

                                                                   Name:  Jai Bhatt

                                                                   Title:  Counselor